WHITNEY E. PETERSON, ESQ., SBN 159630
WHITNEY PETERSON & ASSOCIATES

7724 ROAN ROAD
SAN DIEGO, CALIFORNIA 92129
TELEPHONE (619) 885-5430 -
TELECOPIER (858) 538-6069
whitneypetersonlaw@gmail.com

Attorneys for plaintiff VISION QUEST INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION QUEST, INDUSTRIES, INC., dba VQ OrthoCare, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ORTHO SYSTEMS, dba Ovation Medical,<br><br>Defendant. | Case No.: 3:17-cv-01395-CAB-NLS<br><br>**DECLARATION OF KEVIN LUNAU IN SUPPORT OF PLAINTIFF VISION QUEST'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date:      November 28, 2017<br>Location: Courtroom 4C, 4th Floor<br>Judge:     Honorable Cathy Ann Bencivengo<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, Kevin Lunau, state and declare as follows:

1. I am the Chief Operating Officer ("COO") of Vision Quest Industries, Inc., dba VQ OrthoCare ("Vision Quest"), a company organized under the laws of the state of California. I have been with Vision Quest since November 2005 and COO since 2008.  I have worked in the medical device industry for thirty-one years.  As COO, I am responsible for all design, intellectual property, manufacturing and distribution of all Vision Quest's products.  As such, I have responsibility for Vision Quest's efforts relating to the design, manufacture and distribution of its OActive 2 knee brace ("OActive 2").

---

DECLARATION OF KEVIN LUNAU IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL

2. Except where specifically noted, I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. I make this declaration in support of Vision Quest's motion to file certain documents under seal.

4. I have reviewed the information in both my Declaration in Support of Vision Quest's Motion for Preliminary Injunction and the corresponding information contained in the Memorandum of Points and Authorities in Support of Vision Quest's Motion for Preliminary Injunction that Vision Quest wishes to file under seal. The material that Vision Quest is seeking to file under seal consists of sensitive business and trade secret information that we do not share nor provide outside the company. If such information were revealed outside the company, it would place Vision Quest at a competitive disadvantage because it would reveal information about Vision Quest's advertising expenditures, market share, sales data, and information about research and development that needs to be kept secret.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of October, 2017 at Vista, California.

By: _____
Kevin Lunau

-2-

DECLARATION OF KEVIN LUNAU IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL