UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISION QUEST INDUSTRIES, INC. d/b/a OrthoCare,<br><br>Plaintiff,<br><br>v.<br><br>ORTHO SYSTEMS d/b/a Ovation Medical,<br><br>Defendant. | Case No.: 17-CV-1395-CAB-NLS<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 52] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice [Doc. No. 52], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees. The pending motion for a preliminary injunction [Doc. No. 20] is therefore **DENIED AS MOOT**.

It is **SO ORDERED**.

Dated: January 9, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge